DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**RAYES ESPINOZA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-07-441-GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: January 8, 2010<br>TIME: 9:00 AM |
| RAYES ESPINOZA, | JUDGE: Hon. Garland Burrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant U.S. Attorney, and defendant Rayes Espinoza, by and through his attorney, Dan Koukol, that the sentencing hearing of January 8, 2010 be continued to February 26, 2010 at 9:00 AM.

//

//

//

//

//

//

-1-

1    This continuance is being requested because defense counsel requests additional time to
2    prepare for the sentencing hearing.
3
4    DATED: JANUARY 6, 2010           Respectfully submitted,
5
                                      /s/ DAN KOUKOL
6                                     _____
                                      DAN KOUKOL
7                                     Attorney for defendant Rayes Espinoza
8
9    DATED: JANUARY 6, 2010           Respectfully submitted,
10
                                      /s/ DAN KOUKOL FOR
11                                    _____
                                      Heiko Coppola
12                                    Assistant U.S. Attorney
13   **IT IS SO ORDERED**
14   DATED: 1/11/10
                                      _____
15                                    GARLAND E. BURRELL, JR.
                                      United States District Judge